JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SOISET, an individual, | Case No.: CV 12-07563-GW(Ex) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE** |
| BANK OF AMERICA, N.A., DOES 1 through X, inclusive, | The Honorable George H. Wu |
| Defendants. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action with prejudice in its entirety, each party to bear its own costs, fees and expenses.

Dated: April 11, 2013

_____
Hon. George H. Wu
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware