# JS-6

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SOISET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., DOES 1 through X, inclusive,<br><br>Defendants. | Case No.: CV 12-07563-GW(Ex)<br><br>**ORDER DISMISSING CASE**<br><br>The Honorable George H. Wu |

    Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action with prejudice in its entirety, each party to bear its own costs, fees and expenses.

Dated: April 11, 2013

_George H. Wu_
_____
Hon. George H. Wu
United States District Judge